Rev. 09/01/14

# LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crystal Nicole Richardson<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　　　　　Movant<br>　　vs. | |
| Crystal Nicole Richardson<br>　　　　　　　　　Debtor(s) | NO. 19-04800 HWV |
| Bryan W. Ertel<br>　　　　　　　　　Co-Debtor | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED July 28, 2015

Mortgage Recorded on August 5, 2015, in Dauphin County, in Instrument Number 20150019700.

**Property Address:**
213 Redwood Street Harrisburg, PA 17109

**Mortgage Servicer**
Freedom Mortgage Corporation

**Post Petition mailing address for Debtor(s) to send payments:**

Freedom Mortgage Corp.

Cash Management , 10500 Kincaid Drive

Fishers, IN 46037

**Mortgagor(s)/Debtor(s):**

Crystal Nicole Richardson / Bryan W. Ertel

**Payments are contractually due:**　　　Monthly X　　Semi-Monthly___　　Bi-Weekly___　　Other____

**Monthly Payment is comprised of:**
Principal & Interest:　　　　$688.31
R.E. Taxes:　　　　　　　　$_____
Insurance:　　　　　　　　　$_____

| Late Charge: | $ |
|---|---|
| Other: | $507.68 (Specify:Escrow) |
| **TOTAL:** | $1,195.99 |

## POST PETITION PAYMENTS (Petition was filed on November 08, 2019)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $1,195.99 | 12/01/2019 | 12/23/2019 | $1,200.00 | | 12/2019 |
| $1,195.99 | 01/01/2020 | 01/17/2020 | $1,200.00 | | 01/2020 |
| $1,195.99 | 02/01/2020 | 02/13/2020 | $1,200.00 | | 02/2020 |
| $1,195.99 | 03/01/2020 | 03/17/2020 | $1,200.00 | | 03/2020 |
| $1,195.99 | 04/01/2020 | 04/24/2020 | $1,200.00 | | 04/2020 |
| $1,195.99 | 05/01/2020 | 05/21/2020 | $1,200.00 | | 05/2020 |
| $1,195.99 | 06/01/2020 | 06/22/2020 | $1,200.00 | | 06/2020 |
| $1,195.99 | 07/01/2020 | 08/18/2020 | $1,200.00 | | 07/2020 |
| $1,195.99 | 08/01/2020 | | $0.00 | | |
| $1,195.99 | 09/01/2020 | | $0.00 | | |
| $1,195.99 | 10/01/2020 | | $0.00 | | |
| $1,195.99 | 11/01/2020 | | $0.00 | | |
| Total Due: | $14,351.88 | Total Received: | $9.600.00 | Arrears: | $4,751.88 |

(suspense balance: $32.08)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 4  as of  November 2020

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $4,751.88  as of  November 2020

Dated: 11/11/2020

Freedom Mortgage Corporation
Mortgage Company

Maria McDevitt   Bankruptcy Supervisor
(Print Name and Title)