

**WILLOW VALLEY ASSOCIATES, INC.**
100 WILLOW VALLEY LAKES DR
WILLOW STREET, PA 17584-9450

| | Pay Date: | 10/15/2021 |
|---|---|---|
| | Voucher #: | (66813) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Crystal N. Richardson | 1 | Checking | | | 1,491.48 |

FSH/Hotels/Homewood/070/HWGSMGR   0014588   10/15/2021   (66813)

**Crystal N. Richardson**
5011 Ohio Ave
Harrisburg, PA 17109

**Non-Negotiable - This Is Not A Check**

---

**#0014588 - Crystal N. Richardson**  **Voucher #(66813)**  **Pay Date: 10/15/2021**
FSH/Hotels/Homewood/070/HWGSMGR        **Pay Period: 09/27/2021-10/10/2021**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Misc | | | | 1,000.00 |
| Regular | 24.03 | 80.00 | 1,922.40 | 39,889.80 |
| Vacation | | | | 480.60 |
| **Gross Pay** | | | **1,922.40** | **41,370.40** |
| Hours Worked | | 80.00 | | |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Dental | 9.89 | 197.80 | [1] |
| Medical Pre-Tax | 80.00 | 1,600.00 | [1] |
| Vision | 2.41 | 48.20 | [1] |
| **Total** | **92.30** | **1,846.00** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,830.10 | 39,524.40 | 102.69 | 2,176.02 |
| FICA | 1,830.10 | 39,524.40 | 113.46 | 2,450.51 |
| MEDI | 1,830.10 | 39,524.40 | 26.54 | 573.17 |
| SIT:PA | 1,830.10 | 39,524.40 | 56.18 | 1,213.32 |
| SUI:PA | 1,922.40 | 41,370.40 | 1.15 | 24.75 |
| Swatara, Townsh | 1,830.10 | 39,524.40 | 36.60 | 790.45 |
| Swatara, Townsh | 1,830.10 | 39,524.40 | 2.00 | 42.00 |
| **Total** | | | **338.62** | **7,270.22** |

| **Net Pay** | | | **1,491.48** | **32,254.18** |
|---|---|---|---|---|
| Check | | | 0.00 | 863.74 |
| Checking (8058) | | | 1,491.48 | 31,390.44 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| PTO | Hrs: | 100.22 | 20.00 | 80.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage



| Pay Date: | 10/01/2021 |
|---|---|
| Voucher #: | (66280) |

**WILLOW VALLEY ASSOCIATES, INC.**
100 WILLOW VALLEY LAKES DR
WILLOW STREET, PA 17584-9450

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Crystal N. Richardson | 1 | Checking | | | 1,491.47 |

FSH/Hotels/Homewood/070/HWGSMGR   0014588   10/01/2021   (66280)

**Crystal N. Richardson**
5011 Ohio Ave
Harrisburg, PA 17109

**Non-Negotiable - This Is Not A Check**

---

**#0014588 - Crystal N. Richardson**  **Voucher #(66280)**  Pay Date: 10/01/2021
FSH/Hotels/Homewood/070/HWGSMGR  Pay Period: 09/13/2021-09/26/2021

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Misc | | | | 1,000.00 |
| Regular | 24.03 | 80.00 | 1,922.40 | 37,967.40 |
| Vacation | | | | 480.60 |
| **Gross Pay** | | | **1,922.40** | **39,448.00** |
| Hours Worked | | 80.00 | | |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Dental | 9.89 | 187.91 | [1] |
| Medical Pre-Tax | 80.00 | 1,520.00 | [1] |
| Vision | 2.41 | 45.79 | [1] |
| **Total** | **92.30** | **1,753.70** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,830.10 | 37,694.30 | 102.69 | 2,073.33 |
| FICA | 1,830.10 | 37,694.30 | 113.47 | 2,337.05 |
| MEDI | 1,830.10 | 37,694.30 | 26.54 | 546.63 |
| SIT:PA | 1,830.10 | 37,694.30 | 56.18 | 1,157.14 |
| SUI:PA | 1,922.40 | 39,448.00 | 1.15 | 23.60 |
| Swatara, Townsh | 1,830.10 | 37,694.30 | 36.60 | 753.85 |
| Swatara, Townsh | 1,830.10 | 37,694.30 | 2.00 | 40.00 |
| **Total** | | | **338.63** | **6,931.60** |

| **Net Pay** | | **1,491.47** | **30,762.70** |
|---|---|---|---|
| Check | | 0.00 | 863.74 |
| Checking (8058) | | 1,491.47 | 29,898.96 |

### Accruals

| | Accrued | Taken | Bal. |
|---|---|---|---|
| PTO  Hrs: | 100.22 | 20.00 | 80.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

WILLOW VALLEY ASSOCIATES, INC. 100 WILLOW VALLEY LAKES DR, WILLOW STREET, PA 17584-9450    1 of 1

Case 1:19-bk-04800-HWV   Doc 57   Filed 11/05/21   Entered 11/05/21 10:10:11   Desc
Main Document   Page 2 of 5



| | | |
|---|---|---|
| **WILLOW VALLEY ASSOCIATES, INC.** | Pay Date: | 09/17/2021 |
| 100 WILLOW VALLEY LAKES DR | Voucher #: | (65740) |
| WILLOW STREET, PA 17584-9450 | | |

| **Deposited To The Account(s) Of** | **Deposit #** | **Account Type** | **Account #** | **Transit ABA** | **Deposit** |
|---|---|---|---|---|---|
| Crystal N. Richardson | 1 | Checking | | | 1,491.47 |

FSH/Hotels/Homewood/070/HWGSMGR   0014588   09/17/2021   (65740)

**Crystal N. Richardson**
5011 Ohio Ave
Harrisburg, PA 17109

**Non-Negotiable - This Is Not A Check**

---

**#0014588 - Crystal N. Richardson**  **Voucher #(65740)**  Pay Date: 09/17/2021
FSH/Hotels/Homewood/070/HWGSMGR   Pay Period: 08/30/2021-09/12/2021

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Misc | | | | 1,000.00 |
| Regular | 24.03 | 72.00 | 1,730.16 | 36,045.00 |
| Vacation | 24.03 | 8.00 | 192.24 | 480.60 |
| **Gross Pay** | | | **1,922.40** | **37,525.60** |
| Hours Worked | | 72.00 | | |
| Hours Paid | | 80.00 | | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| Dental | 9.89 | 178.02 | [1] |
| Medical Pre-Tax | 80.00 | 1,440.00 | [1] |
| Vision | 2.41 | 43.38 | [1] |
| **Total** | **92.30** | **1,661.40** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,830.10 | 35,864.20 | 102.69 | 1,970.64 |
| FICA | 1,830.10 | 35,864.20 | 113.47 | 2,223.58 |
| MEDI | 1,830.10 | 35,864.20 | 26.54 | 520.09 |
| SIT:PA | 1,830.10 | 35,864.20 | 56.18 | 1,100.96 |
| SUI:PA | 1,922.40 | 37,525.60 | 1.15 | 22.45 |
| Swatara, Townsh | 1,830.10 | 35,864.20 | 36.60 | 717.25 |
| Swatara, Townsh | 1,830.10 | 35,864.20 | 2.00 | 38.00 |
| **Total** | | | **338.63** | **6,592.97** |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | **1,491.47** | **29,271.23** |
| Check | 0.00 | 863.74 |
| Checking (8058) | 1,491.47 | 28,407.49 |

**Accruals**

| | Accrued | Taken | Bal. |
|---|---|---|---|
| PTO   Hrs: | 100.22 | 20.00 | 80.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

---

WILLOW VALLEY ASSOCIATES, INC. 100 WILLOW VALLEY LAKES DR, WILLOW STREET, PA 17584-9450   1 of 1



| | | | Pay Date: | 09/03/2021 |
|---|---|---|---|---|
| | | | Voucher #: | (65215) |

**WILLOW VALLEY ASSOCIATES, INC.**
100 WILLOW VALLEY LAKES DR
WILLOW STREET, PA 17584-9450

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Crystal N. Richardson | 1 | Checking | | | 1,491.48 |

FSH/Hotels/Homewood/070/HWGSMGR 0014588 09/03/2021 (65215)

**Crystal N. Richardson**
5011 Ohio Ave
Harrisburg, PA 17109

**Non-Negotiable - This Is Not A Check**

| #0014588 - Crystal N. Richardson | Voucher #(65215) | Pay Date: 09/03/2021 |
|---|---|---|
| FSH/Hotels/Homewood/070/HWGSMGR | | Pay Period: 08/16/2021-08/29/2021 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Misc | | | | 1,000.00 |
| Regular | 24.03 | 76.00 | 1,826.28 | 34,314.84 |
| Vacation | 24.03 | 4.00 | 96.12 | 288.36 |
| **Gross Pay** | | | **1,922.40** | **35,603.20** |
| Hours Worked | | 76.00 | | |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Dental | 9.89 | 168.13 | [1] |
| Medical Pre-Tax | 80.00 | 1,360.00 | [1] |
| Vision | 2.41 | 40.97 | [1] |
| **Total** | **92.30** | **1,569.10** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,830.10 | 34,034.10 | 102.69 | 1,867.95 |
| FICA | 1,830.10 | 34,034.10 | 113.46 | 2,110.11 |
| MEDI | 1,830.10 | 34,034.10 | 26.54 | 493.55 |
| SIT:PA | 1,830.10 | 34,034.10 | 56.18 | 1,044.78 |
| SUI:PA | 1,922.40 | 35,603.20 | 1.15 | 21.30 |
| Swatara, Townsh | 1,830.10 | 34,034.10 | 36.60 | 680.65 |
| Swatara, Townsh | 1,830.10 | 34,034.10 | 2.00 | 36.00 |
| **Total** | | | **338.62** | **6,254.34** |

| **Net Pay** | | | **1,491.48** | **27,779.76** |
|---|---|---|---|---|
| Check | | | 0.00 | 863.74 |
| Checking (8058) | | | 1,491.48 | 26,916.02 |

### Accruals

| | Accrued | Taken | Bal. |
|---|---|---|---|
| PTO  Hrs: | 100.22 | 12.00 | 88.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

WILLOW VALLEY ASSOCIATES, INC. 100 WILLOW VALLEY LAKES DR, WILLOW STREET, PA 17584-9450    1 of 1

Case 1:19-bk-04800-HWV    Doc 57    Filed 11/05/21    Entered 11/05/21 10:10:11    Desc
Main Document    Page 4 of 5

| Pay Date: | 08/20/2021 |
|---|---|
| Voucher #: | (64672) |

**WILLOW VALLEY ASSOCIATES, INC.**
100 WILLOW VALLEY LAKES DR
WILLOW STREET, PA 17584-9450


WILLOW VALLEY

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Crystal N. Richardson | 1 | Checking | | | 1,491.47 |

FSH/Hotels/Homewood/070/HWGSMGR  0014588  08/20/2021  (64672)

**Crystal N. Richardson**
5011 Ohio Ave
Harrisburg, PA 17109

**Non-Negotiable - This Is Not A Check**

| #0014588 - Crystal N. Richardson | Voucher #(64672) | Pay Date: 08/20/2021 |
|---|---|---|
| FSH/Hotels/Homewood/070/HWGSMGR | | Pay Period: 08/02/2021-08/15/2021 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Misc | | | | 1,000.00 |
| Regular | 24.03 | 80.00 | 1,922.40 | 32,488.56 |
| Vacation | | | | 192.24 |
| **Gross Pay** | | | **1,922.40** | **33,680.80** |
| Hours Worked | | 80.00 | | |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Dental | 9.89 | 158.24 | [1] |
| Medical Pre-Tax | 80.00 | 1,280.00 | [1] |
| Vision | 2.41 | 38.56 | [1] |
| **Total** | **92.30** | **1,476.80** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,830.10 | 32,204.00 | 102.69 | 1,765.26 |
| FICA | 1,830.10 | 32,204.00 | 113.47 | 1,996.65 |
| MEDI | 1,830.10 | 32,204.00 | 26.54 | 467.01 |
| SIT:PA | 1,830.10 | 32,204.00 | 56.18 | 988.60 |
| SUI:PA | 1,922.40 | 33,680.80 | 1.15 | 20.15 |
| Swatara, Townsh | 1,830.10 | 32,204.00 | 36.60 | 644.05 |
| Swatara, Townsh | 1,830.10 | 32,204.00 | 2.00 | 34.00 |
| **Total** | | | **338.63** | **5,915.72** |

| **Net Pay** | | **1,491.47** | **26,288.28** |
|---|---|---|---|
| | Check | 0.00 | 863.74 |
| | Checking (8058) | 1,491.47 | 25,424.54 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| PTO | Hrs: | 100.22 | 8.00 | 92.22 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage