UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CRYSTAL NICOLE RICHARDSON
       DEBTOR(S)      :   CASE NO:   1:19-BK-04800

:   CHAPTER 13

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s). Please transfer my claim for attorney's fees to be paid to Melanie Walz Scaringi and Scaringi Law.

Respectfully Submitted,

Date: 11-3-2021

Kelly M. Walsh
Attorney ID# 320919

### PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 11-3-2021

Melanie Walz Scaringi
Attorney ID# 88347
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110