United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04800-HWV |
| Crystal Nicole Richardson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 13, 2022  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

**Recip ID    Recipient Name and Address**
aty         + Samantha C. Wolfe, Scaringi Law, 2000 Linglestown Road, Suite 106, Harrisburg, PA 17110-9347

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

**Name**             **Email Address**

Brian Nicholas
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
   TWecf@pamd13trustee.com

Jason Brett Schwartz
   on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. JSchwartz@mesterschwartz.com

Jerome B Blank
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com

Mario J. Hanyon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
   mario.hanyon@brockandscott.com

Mario John Hanyon

| | |
|---|---|
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Shawn J Lau | |
| | on behalf of Creditor FCC Finance LLC Shawn_Lau@msn.com |
| Thomas Song | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CRYSTAL NICOLE RICHARDSON
DEBTOR(S)

CASE NO: 1:19-BK-04800

CHAPTER 13

## ORDER

Upon consideration of Debtor's Motion to Modify a Chapter 13 Plan (the "Motion"), and following notice and an opportunity for a hearing, the Debtor's Motion is GRANTED.

Dated: January 12, 2022

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (MS)