UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CRYSTAL NICOLE RICHARDSON
       DEBTOR(S)     : CASE NO: 1:19-BK-04800-HWV
       : CHAPTER 13

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 15 mar 24

R. Bruce Crelin, Esq.
Attorney I.D. #326928

### PRAECIPE TO ENTER APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s)

Respectfully Submitted,

Date: 3-15-24

Melanie Walz Scaringi, Esq.
Attorney I.D. #88347
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110