IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Crystal Nicole Richardson                1:19-bk-04800-HWV

<u>Entry & Withdrawal of Appearance</u>

To the Clerk:

Kindly enter my appearance on behalf of the Debtor.

3/3/2025                              <u>/s/ Dawn M. Cutaia</u>
                                      Supreme Court ID 77965

Kindly withdraw my appearance on behalf of the Debtor.

3/3/2025                              <u>/s/ Melanie Walz Scaringi</u>
                                      Melanie Walz Scaringi, Esquire