B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re __Crystal Nicole Richardson__    Case No. __19-04800__
        Debtor

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\*  Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

## Part IV. Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  Mar 19, 2025
Date

*signed* crystal richardson (Mar 19, 2025 20:27 EDT)
Debtor

# Fillable blank cert no support

Final Audit Report          2025-03-20

| | |
|---|---|
| Created: | 2025-03-20 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfI4p7MMeMPiQfiumjKMDFitQGNTBCYNw |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-03-20 - 0:26:07 AM GMT

- Document emailed to krystal802004@yahoo.com for signature
  2025-03-20 - 0:26:33 AM GMT

- Email viewed by krystal802004@yahoo.com
  2025-03-20 - 0:26:46 AM GMT

- Signer krystal802004@yahoo.com entered name at signing as crystal richardson
  2025-03-20 - 0:27:33 AM GMT

- Document e-signed by crystal richardson (krystal802004@yahoo.com)
  Signature Date: 2025-03-20 - 0:27:35 AM GMT - Time Source: server

- Agreement completed.
  2025-03-20 - 0:27:35 AM GMT

**Adobe Acrobat Sign**

Case 1:19-bk-04800-HWV    Doc 82    Filed 03/19/25    Entered 03/19/25 21:07:44    Desc
Main Document    Page 3 of 3