United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-04800-HWV
Crystal Nicole Richardson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 20, 2025      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Nicole Richardson, 5011 Ohio Ave, Harrisburg, PA 17109-5535 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5268048 | + | Bryan W Ertel, 213 Redwood St, Harrisburg, PA 17109-4714 |
| 5268054 | + | Clearfield Motors, 4048 Carlisle Rd., Dover, PA 17315-3508 |
| 5268059 | + | Michaels Louis & Associates, Inc., PO Box 1062, Coraopolis, PA 15108-6062 |
| 5268063 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5568445 | + | U.S. Bank National Association, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 20 2025 22:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: csr@fccfinance.com | Mar 20 2025 18:40:00 | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 5268050 | | EDI: CAPITALONE.COM | Mar 20 2025 22:40:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5268053 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 20 2025 18:40:00 | Carmax Auto Finance, 12800 Tuckahoe Creek Pkw, Richmond, VA 23238 |
| 5268049 | | EDI: CAPONEAUTO.COM | Mar 20 2025 22:40:00 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 5269813 | + | EDI: AISACG.COM | Mar 20 2025 22:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5279621 | + | EDI: AISACG.COM | Mar 20 2025 22:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5280112 | | EDI: CAPITALONE.COM | Mar 20 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5284135 | | EDI: DIRECTV.COM | Mar 20 2025 22:40:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5272879 | + | Email/Text: csr@fccfinance.com | Mar 20 2025 18:40:00 | FCC Finance, LLC a/k/a FSTCONCRD, as svcr for, WF HIL 2017-2 Grantor Trust, PO Box 795489, Dallas, TX 75379-5489 |
| 5289709 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 18:40:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5268055 | + | Email/Text: csr@fccfinance.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 18:40:00 | Fccfinance, Po Box 795489, Dallas, TX 75379-5489 |
| 5268056 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2025 18:40:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 5268057 | + | EDI: CBS7AVE | Mar 20 2025 22:40:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5290493 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 18:47:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5268058 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 18:47:25 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 5280248 | + | EDI: CBS7AVE | Mar 20 2025 22:40:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5268060 | + | Email/Text: Bankruptcies@nragroup.com | Mar 20 2025 18:40:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5268061 | + | Email/Text: Bankruptcies@nragroup.com | Mar 20 2025 18:40:00 | Natl Recover, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5268062 | + | EDI: PENNDEPTREV | Mar 20 2025 22:40:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5268062 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 18:40:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5308537 | | EDI: Q3G.COM | Mar 20 2025 22:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5289857 | | EDI: Q3G.COM | Mar 20 2025 22:40:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5308538 | + | EDI: Q3G.COM | Mar 20 2025 22:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5268065 | + | EDI: BLUESTEM | Mar 20 2025 22:40:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5268051 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5268052 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5268064 | *+ | Penn Waste, PO Box 3066, York, PA 17402-0066 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 22, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

**Name**     **Email Address**

Dawn Marie Cutaia
on behalf of Debtor 1 Crystal Nicole Richardson dmcutaia@gmail.com
cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Jerome B Blank
on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com

Lauren Marie Moyer
on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario John Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com

Roger Fay
on behalf of Creditor U.S. Bank National Association rfay@alaw.net

Shawn J Lau
on behalf of Creditor FCC Finance LLC Shawn_Lau@msn.com

Thomas Song
on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Crystal Nicole Richardson <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4357 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04800-HWV | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Crystal Nicole Richardson

3/20/25

**By the court:**   /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**